Peggy Culp, Clerk                                10-21-15
Court of Appeals
Seventh District of Texas
    Amarillo

FILED
OCT 27 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Ms. Culp,
    My name is Ray Hernandez #1576172 an inmate
at the AllRED Unit in Iowa Park, Tx.. I was a
wondering if you could help me get a copy of the
Courts response to my Appeal Brief that was affirmed
on. Sept. 1, 2009.

137th District Court of Lubbock County
    No. 2007-415,557; Hon. Cecil G. Puryear, Presiding

No. 07-08-0510 CR
    In The Courts of Appeals
For The Seventh District of Texas
        At Amarillo

If possible could you please send me a copy, if not
could you direct in the direction to get a copy of
these documents. Your help will be greatly appreciated
Thank you and GOD Bless.
    Ray Hernandez # 1576172
    AllRED Unit
    2101 Fm Rd. 369 N
    Iowa Park, Tx. 76367

Ray Hernandez #1576172
Allred Unit
2101 FM Rd. 369W
Iowa Park, Tx. 76367

NORTH TEXAS TX PROC
DALLAS TX 750

Court of Appeals      Atto.
Seventh District of Texas
P.O. Box 9540
Amarillo, Tx. 79105-9540

Peggy Culp, Clerk

79105954040